# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
06/02/2025
Clerk, U.S. District Court
Western District of Texas

By: **FM**
Deputy

| | |
|---|---|
| USA | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -02951(1) - MAT |
|  | § |
| (1) JOSE MANUEL CAMPOS-MACHUCA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 30, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**.

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: *"The DEFENDANT, Jose Manuel CAMPOS-Machuca, an alien to the United States and a citizen of Mexico was found approximately .47 miles West of Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas. From statements*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ PARGA DAVIS, MARIA I.
Signature of Complainant
Border Patrol Agent

06/02/2025                          at     EL PASO, Texas
File Date                                  City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 1:01 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -02951(1)

WESTERN DISTRICT OF TEXAS

(1) JOSE MANUEL CAMPOS-MACHUCA

FACTS   (CONTINUED)
made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on 10/04/2024 through San Ysidro, California.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
The DEFENDANT has been granted 2 voluntary departure(s), the last on October 12, 2007, through PHOENIX, AZ
The DEFENDANT has been deported 3 time(s), the last one being to MEXICO on October 4, 2024, through SAN YSIDRO, CA


CRIMINAL HISTORY:
07/23/2000, PHOENIX, AZ, DUI-LIQUOR/DRUGS/VAPORS/COMBO(M), CNV, 10 JAIL DAYS.
02/11/2004, PHOENIX, AZ, RECKLESS DRIVING                 (M), CNV, GUILTY.
10/10/2007, PHOENIX, AZ, ASSAULT-INTENT/RECKLESS/INJURE       (M), CNV, 20 JAIL DAYS.
04/02/2015, OAK CREEK, WI, OPERATING WHILE UNDER INFLUENCE              (M), CNV, 24 MONTHS PROB/ 75 days jail.